IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNETTE R. BLUM,<br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION<br>and<br>DEANNE M. WEISS,<br>Defendants. | Case No. 19–CV–00925–JPG |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Lynette R. Blum's Complaint against Defendants Health Care Service Corporation and DeAnne M. Weiss is **DISMISSED WITH PREJUDICE**.

**Dated: Tuesday, August 4, 2020**    **MARGARET M. ROBERTIE**
                                                                        **CLERK OF COURT**

                                                                        **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **UNITED STATES DISTRICT JUDGE**